FAIRLEIGH DICKINSON UNIVERSITY v. STATE OF NEW JERSEY, DEPT. OF LAW & PUBLIC SAFETY, DIV. ON CIVIL RIGHTS.

January 17, 1978. Petition for certification denied.

JOSEPH S. PRUSSACK v.
THE ESTATE OF ADOLPH SILVER, DECEASED.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED NASH.

January 17, 1978. Petition for certification denied.

LORE PALAMONE v. PATERSON BOARD OF EDUCATION.

January 17, 1978. Petition for certification denied. (See 153 *N. J. Super.* 476)

JERSEY CITY REDEVELOPMENT AGENCY v.
THE FAIRMOUNT CORP.

January 17, 1978. Petition for certification denied.